# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JANET L. CARTER
        Plaintiff,

    v.                                          Case No. 08C194

BEAUTY SYSTEMS GROUP,
APRIL CURRAN, NILDA RIVERA,
and DAWN HOSE,
        Defendants.

## ORDER

Before me now are defendants' motions to dismiss plaintiff's claims against April Curran, Nilda Rivera, and Dawn Hose (collectively, the "individual defendants") and plaintiff's motion to amend the complaint.

In plaintiff's motion to amend, she states that she has no objection to defendants' motions to dismiss the claims against the individual defendants. I therefore will grant defendants' motions to dismiss and dismiss the individual defendants from this action.

Regarding plaintiff's motion to amend the complaint, Federal Rule of Civil Procedure 15(a)(1)(A) provides that a party may amend its pleading once as a matter of course before being served with a responsive pleading. In this case, no responsive pleading has yet been filed by defendants. See Fed. R. Civ. P. 7(a). Plaintiff therefore may still amend her pleading without leave of court, and I will terminate the motion to amend as unnecessary.[1]

---

[1] Should plaintiff seek leave to amend her pleading in the future, she should refer to Civil Local Rule 15.1 (E.D. Wis.) for the requirements of filing a motion to amend.

**Therefore,**

**IT IS ORDERED** that defendants' motions to dismiss are **GRANTED**.

**IT IS FURTHER ORDERED** that defendants April Curran, Nilda Rivera, and Dawn Hose are **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend the complaint is **TERMINATED.**

Dated at Milwaukee, Wisconsin this 24 day of July, 2008.

/s
LYNN ADELMAN
District Judge

2

Case 2:08-cv-00194-LA   Filed 07/24/08   Page 2 of 2   Document 13