# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JANET L. CARTER
        **Plaintiff,**

    v.                                   Case No. 08C194

**BEAUTY SYSTEMS GROUP,**
        **Defendant.**

## ORDER

Before me now is defendant Beauty Systems Group's motion to dismiss Counts I, III, and IV in the amended complaint. Plaintiff, in her response to this motion, has agreed to withdraw these counts, leaving only plaintiff's claims in Count II under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601, et seq. Thus, without objection by plaintiff, I will grant defendant's motion to dismiss Counts I, III, and IV in the amended complaint.

**Therefore,**

**IT IS ORDERED** that defendant's motion to dismiss Counts I, III, and IV of Plaintiff's Amended Complaint is **GRANTED**.

Dated at Milwaukee, Wisconsin this 5 day of November, 2008.

                                                /s
                                            LYNN ADELMAN
                                            District Judge